**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILMER JOSE LEZEMA POTOY, | Case No. 5:26-cv-01680-DTB |
| Petitioner, | **J U D G M E N T** |
| v. | |
| MARKWAYNE MULLIN, et al, | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed herewith,

IT IS ADJUDGED as follows: (1) Respondents are to provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), as well as 8 C.F.R. Sections 1003.19 and 1236.1, and at which the government bears the burden of proof, within seven (7) days of the date of the date of this Order; (2) Respondents are to provide the immigration judge conducting the bond hearing with a copy of this Order; and (3) Petitioner is to be released from custody within eight (8) days following the date of this Order if he has not been

1

provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).

IT IS FURTHER ADJUDGED that Respondents are to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with this Order.

DATED: May 5, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2